408 A.2d 846

**In re ESTATE OF John A. JAVORSKY, Deceased.**

**Appeal of Catherine M. JAVORSKY.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1979.

Decided Dec. 21, 1979.

Alan D. Levy, Lebovitz, Lebovitz & Smith, P. A., Pittsburgh, for appellant.

Joseph M. Bifano, West Mifflin, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party to pay own costs.

MANDERINO, J., did not participate in the decision of this case.